OPINION — AG — ** ALCOHOLIC BEVERAGES — SOLD — PUBLIC CONSUMPTION ** THE A.G. CONCURS WITH YOUR OPINION THAT 37 O.S. 213 [37-213] FORBIDS THE SALE OF BEER, WHETHER FOR CONSUMPTION OR ON OFF THE PREMISES, BETWEEN THE HOURS OF 2 O'CLOCK A.M. AND 12 O'CLOCK NOON ON SUNDAY. (BEER, SALES PURCHASE, BUY) CITE: 37 O.S. 213 [37-213], OPINION NO. AUGUST 2, 1947 — HATCHER (SAM H. LATTIMORE)